Order filed October 5, 2021



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00527-CV
_____

**KENYETTA HARDY, INDIVIDUALLY, AND AS ANTICIPATED REPRESENTATIVE OF THE ESTATE OF TOBIAS JOHNSON, DECEASED, Appellant**

**V.**

**RECORDS LABEL, LLC; NO STRESS ENTERTAINMENT, LLC; STAYVE JEROME THOMAS; BOSS HOGG OUTLAWZ MANAGEMENT, L.L.C.; BARRON STUDIOS; 713 MEDIA GROUP, LLC; WESLEY ERIC WESTON, JR.; WIRE ROAD STUDIOS, LLC; SUGAR HILL STUDIOS, LLC; SONY MUSIC ENTERTAINMENT; AND MARSHALL ERIK SUDDERTH, Appellees**

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2021-27909**

---

## ORDER

This is an appeal from an order signed August 25, 2021 dismissing claims pursuant to Texas Rule of Civil Procedure 91a. On September 28, 2021, the trial court clerk informed this court that appellant had filed a notice of withdrawal of appeal with the trial court. However, appellant has not filed a corresponding

document with this court.  Accordingly, appellant is ordered to file a corresponding motion with this court in compliance with Texas Rule of Appellate Procedure 42.1 within **14 days** of the date of this order.


PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.